

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 28, 2020

Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: Richard & Lorelee Delvaux | Case No. 19-30845-BEH-13 |
| Debtor. | Chapter 13 |

### ORDER REGARDING MOTION FOR RELIEF FROM STAY

The Motion for relief from the Automatic Stay filed by U.S. Bank National Association, came for a hearing before the Honorable Beth E. Hanan, United States Bankruptcy Judge in her Courtroom in Milwaukee, WI on the 19th day of May, 2020.

Jennifer Marchinowski appeared on behalf of the Chapter 13 Trustee. Attorney John A. Foscato appeared on behalf of the debtor. Attorney for U.S. Bank National Association failed to appear. After discussion;

IT IS HEREBY ORDERED: The motion fo relief from stay is denied, subject to the following conditions:

1. The movant may file a supplemental claim for payments due for February 1, 2020 through May 1, 2020, less any payments received after the filing of the motion, including but not limited to May's payment.

2. Commencing with the June 1, 2020 payment, the Debtors shall immediately resume regular monthly payments to Creditor, which payments shall be made in accordance with the Note and Mortgage between the parties.

3. In the event the Debtors fail to comply with the terms of paragraph 2 of this Order, Creditor may apply to the Court *ex parte* for relief, as follows: (a) counsel for the Creditor shall file with the Court written confirmation of the missed payment; (b) counsel for the Creditor shall file with the Court a proposed order; and ( c ) counsel for the Creditor shall promptly mail to the Debtor a copy of all items filed with the Court. This "doomsday" provision shall remain in effect for the payments due from June 1, 2020 through and including December 1, 2020. Thereafter, the Motion may be renewed by letter for the remaining term of the Plan. **This is a Doomsday Order under this court's Uniform Procedure for Doomsday Orders; it incorporates and is subject to the Uniform Procedure for Doomsday Orders.**

####