So Ordered.

Dated: August 29, 2022



Beth E. Hanan
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION**

| | |
|---|---|
| In re | Chapter 13 |
| Richard R Delvaux,<br>Lorelee L. Delvaux, | Case No. 19-30845-beh |
| Debtors. | |

**ORDER MODIFYING STAY**

Reliant Loan Servicing, LLC, its successors and/or assignees (the "Movant") filed a motion for relief from stay to exercise its rights and remedies with respect to the Debtors' property located at 4552 Shawano Ave, Green Bay, Wisconsin 54313 (the "Property"). Due and proper notice of the motion was given, and no objections were filed. The facts recited in the motion show the Movant's interest in the Property is not adequately protected or that other cause exists for granting the Movant's request for relief from the stay.

IT IS THEREFORE ORDERED: the automatic stay of 11 U.S.C. §362 is modified to permit the Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable nonbankruptcy law.

IT IS FURTHER ORDERED: to the extent the stay applies, it is modified to permit the Movant to offer, negotiate and enter into loss mitigation or mortgage modification options with the consent of the Debtor.

IT IS FURTHER ORDERED: all other relief requested in the motion is denied.

IT IS FURTHER ORDERED: this Order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).

#####