| **Fill in this information to identify the case:** | |
|---|---|
| Debtor 1 | RICHARD R DELVAUX |
| Debtor 2 (Spouse, if filing) | LORELEE L DELVAUX |
| Unites States Bankruptcy Court for the: | Eastern District of Wisconsin (State) |
| Case Number: | 19-30845-BEH |

## Form 4100N

### Notice of Final Cure Payment          10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

| | |
|---|---|
| Name of creditor: | US BANK TRUST NA |
| Court claim no. (if known): | 8 |
| Last 4 digits of any number you use to identify the debtor's account | 8 1 4 0 |
| Property Address: | 4552 SHAWANO AVENUE GREEN BAY, WI  54313 |

### Part 2: Cure Amount

| Total cure disbursements made by the trustee: | | Amount |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) $ | 18,509.09 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 18,509.09 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | -0- |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | -0- |
| e. Allowed postpetition arrearage: | (e) $ | -0- |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | -0- |
| g. **Total.** Add lines b, d, and f. | (g) $ | 18,509.09 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.

Current monthly mortgage payment          $ _____

The next postpetition payment is due on ___/___/___
                                        MM / DD / YYYY

Form 4100N                Notice of Final Cure Payment                page 1

Case 19-30845-beh    Doc 85    Filed 04/18/23    Page 1 of 5

Debtor 1  **RICHARD R DELVAUX**  Case number *(if known)* **19-30845-BEH**
         Name

☒  Mortgage is paid directly by the debtor(s).

**Part 4:**   **A Response Is Required By Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✘ /s/ Rebecca R. Garcia                                Date   04/18/2023
Signature

Trustee    Rebecca R. Garcia

Address    CHAPTER 13 TRUSTEE
           P O BOX 3170
           OSHKOSH, WI  54903-3170

Contact phone   (920) 231-2150                         Email   info@ch13oshkosh.com

## History Of Payments

**Part 2 - b**

| Claim ID | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 5 | US BANK TRUST NA | Prepetition Arrears | 03/20/2020 | 0588898 | Amounts Disbursed To Creditor | 486.26 |
| 5 | US BANK TRUST NA | Prepetition Arrears | 04/20/2020 | 0590374 | Amounts Disbursed To Creditor | 705.41 |
| 5 | US BANK TRUST NA | Prepetition Arrears | 06/22/2020 | 0593306 | Amounts Disbursed To Creditor | 1,030.22 |
| 5 | US BANK TRUST NA | Prepetition Arrears | 07/20/2020 | 0594681 | Amounts Disbursed To Creditor | 684.20 |
| 5 | US BANK TRUST NA | Prepetition Arrears | 08/17/2020 | 0596074 | Amounts Disbursed To Creditor | 682.24 |
| 5 | US BANK TRUST NA | Prepetition Arrears | 09/16/2020 | 0597523 | Amounts Disbursed To Creditor | 1,020.41 |
| 5 | US BANK TRUST NA | Prepetition Arrears | 10/14/2020 | 0598986 | Amounts Disbursed To Creditor | 678.31 |
| 5 | US BANK TRUST NA | Prepetition Arrears | 11/23/2020 | 0600489 | Amounts Disbursed To Creditor | 676.35 |
| 5 | US BANK TRUST NA | Prepetition Arrears | 12/21/2020 | 0601932 | Amounts Disbursed To Creditor | 337.19 |
| 5 | US BANK TRUST NA | Prepetition Arrears | 01/18/2021 | 0603247 | Amounts Disbursed To Creditor | 1,008.62 |
| 5 | US BANK TRUST NA | Prepetition Arrears | 02/22/2021 | 0604692 | Amounts Disbursed To Creditor | 670.45 |
| 5 | US BANK TRUST NA | Prepetition Arrears | 03/22/2021 | 0606156 | Amounts Disbursed To Creditor | 1,002.72 |
| 5 | US BANK TRUST NA | Prepetition Arrears | 04/19/2021 | 0607543 | Amounts Disbursed To Creditor | 666.52 |
| 5 | US BANK TRUST NA | Prepetition Arrears | 05/17/2021 | 0608912 | Amounts Disbursed To Creditor | 679.32 |
| 5 | US BANK TRUST NA | Prepetition Arrears | 06/21/2021 | 0610334 | Amounts Disbursed To Creditor | 692.03 |
| 5 | US BANK TRUST NA | Prepetition Arrears | 07/19/2021 | 0611643 | Amounts Disbursed To Creditor | 689.98 |
| 5 | US BANK TRUST NA | Prepetition Arrears | 08/23/2021 | 8018301 | Amounts Disbursed To Creditor | 687.92 |
| 5 | US BANK TRUST NA | Prepetition Arrears | 09/20/2021 | 8018402 | Amounts Disbursed To Creditor | 1,028.79 |
| 5 | US BANK TRUST NA | Prepetition Arrears | 10/18/2021 | 8018531 | Amounts Disbursed To Creditor | 683.80 |
| 5 | US BANK TRUST NA | Prepetition Arrears | 11/23/2021 | 8018636 | Amounts Disbursed To Creditor | 681.74 |
| 5 | US BANK TRUST NA | Prepetition Arrears | 12/20/2021 | 8018745 | Amounts Disbursed To Creditor | 679.68 |
| 5 | US BANK TRUST NA | Prepetition Arrears | 01/25/2022 | 8018886 | Amounts Disbursed To Creditor | 1,016.43 |
| 5 | US BANK TRUST NA | Prepetition Arrears | 02/23/2022 | 8018992 | Amounts Disbursed To Creditor | 675.56 |
| 5 | US BANK TRUST NA | Prepetition Arrears | 03/21/2022 | 8019102 | Amounts Disbursed To Creditor | 673.50 |
| 5 | US BANK TRUST NA | Prepetition Arrears | 04/18/2022 | 8019211 | Amounts Disbursed To Creditor | 671.44 |
| | | | | | **Total for Part 2 - b:** | **18,509.09** |

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 18th day of April, 2023.

RICHARD R DELVAUX, LORELEE L DELVAUX, 4552 SHAWANO AVE, GREEN BAY, WI  54313
ELECTRONIC SERVICE - LAW OFFICES OF JOHN A FOSCATO SC, 110 PACKERLAND DR STE D, P O BOX 11062, GREEN BAY, WI  54307
US BANK TRUST NA, C/O SN SERVICING CORP, 323 5TH STREET, EUREKA, CA  95501
ELECTRONIC SERVICE - United States Trustee

Date:  April 18, 2023                    /s/ REBECCA R GARCIA

REBECCA R GARCIA
Chapter 13 Trustee
CHAPTER 13 TRUSTEE
P O BOX 3170
OSHKOSH, WI  54903-3170